UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LEE HOLLOWAY,<br><br>Defendant. | NO. CR09-06-JLR<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 7, 2012. The United States was represented by Assistant United States Attorney Vincent Lombardi, and the defendant by Terrence Kellogg.

The defendant had been charged with Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846. On or about December 7, 2009, defendant was sentenced by the Honorable James L. Robart to a term of 18 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, search and up to 120 days in the residential reentry center.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated April 12, 2012, U.S. Probation Officer Jennifer J. Tien asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to follow the instructions of his probation officer, in violation of standard condition number 2.

(2) Failing to report for urinalysis testing, as instructed by the drug code-a-phone call-in line, on January 24, 25, and 26, February 29, and March 26, 2012, in violation of the special condition of drug aftercare.

(3) Using marijuana on or before March 27, 2012, in violation of the standard condition number 7.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on May 23, 2012 at 10:00 a.m.

Pending a final determination by the Court, the defendant has been released on bond, directing him to reside at a residential re-entry center.

DATED this 7th day of May, 2012.

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Vince Lombardi
Defendant's attorney: Terrence Kellogg
Probation officer: Jennifer Tien